IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:13-CR-10-2-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | |
| v. | ) ) ) | ORDER ALLOWING DEFENDANT TO ADOPT ALL MOTIONS BY CO-DEFENDANTS |
| RASUL GATFORD, | ) ) | |
| Defendant. | ) | |

This matter coming to be heard upon Motion of Defendant Rasul Gatford and upon finding good cause for granting the relief requested, this court orders that Defendant Rasul Gatford be allowed to adopt, to the extent applicable to him, all motions filed by any co-defendant in this matter.

This the 9 day of May, 2013.

Honorable Terrence W. Boyle
United States District Judge